No. 1216.   SCARPINATO *v.* RAGEN, WARDEN.   Petition for writ of certiorari to the Supreme Court, Criminal Court of Cook County, and the Circuit Court of Will County, Illinois;

No. 1221.   MICHALOWSKI *v.* RAGEN, WARDEN.   Petition for writ of certiorari to the Circuit Court of Will County, Illinois;

No. 1232.   HOWE *v.* RAGEN, WARDEN.   Petition for writ of certiorari to the Circuit Court of Ogle County, and the Circuit Court of Will County, Illinois; and

No. 1233.   WILKERSON *v.* ILLINOIS.   Petition for writ of certiorari to the Supreme Court of Illinois.   April 28, 1947.   Denied.